ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
NEW York, New York 10022
(212) 223-0400
PHILIP S. ROSEN (PR 0116)
Attorneys for Defendants Countrywide Home Loans, Inc.
 d/b/a America's Wholesale Lender and Countrywide
 Financial Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF ESSIE MAE KEYS, DEBRAH KEYS, individually and legal reprsentative of estate,<br><br>                    Plaintiffs,<br><br>- against -<br><br>UNION PLANTERS BANK, N.A. now REGIONS BANK a subsidiary of REGIONS FINANCIAL CORPORATION, REGIONS FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER, A SUBSIDIARY OF COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE FINANCIAL CORPORATION, DAVID LESCH, ESQ., CHURCHILL HOMES, LLC, BETTER HOMES DEPOT INC., BETTER HOMES DEPOT OF THE BRONX INC., VENETIAN HOMES INC., ERLAN HOLDING CORP., NEW YORK COMMUNITY BANK a primary division of NEW YORK COMMUNITY BANCORP INC., NEW YORK COMMUNITY BANKCORP INC., C & G LAND ABSTRACT, LLC, FIDELITY NATIONAL TITLE INS. CO. a/k/a FIDELITY NATIONAL TITLE GROUP a wholly-owned subsidiary of FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL FINANCIAL, INC., Jointly and Severally,<br><br>                    Defendants. | Case No.:  07 CIV 6561<br><br><br><br><br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

TO:   Clerk, United States District Court
      for the Southern District of New York.

The undersigned attorneys of record for defendants Countrywide Financial Corporation ("CFC") and Countrywide Home Loans, Inc. d/b/a America's Wholesale Lender, upon information and belief, certify that the named defendants are wholly-owned subsidiaries of CFC whose shares are publicly traded. Upon information and belief, there is no publicly held corporation that owns 10% or more of CFC's stock.

Dated:   New York, New York
         December 5, 2007

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Philip S. Rosen (PR 0116)
Attorneys for Defendants
575 Lexington Avenue
New York, New York 10022
(212) 223-0400