ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
NEW York, New York 10022
(212) 223-0400
PHILIP S. ROSEN (PR 0116)
Attorneys for Defendants Countrywide Home Loans, Inc.
d/b/a America's Wholesale Lender and Countrywide
Financial Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF ESSIE MAE KEYS, DEBRAH KEYS, individually and legal reprsentative of estate,<br><br>                            Plaintiffs,<br><br>- against -<br><br>UNION PLANTERS BANK, N.A. now REGIONS BANK a subsidiary of REGIONS FINANCIAL CORPORATION, REGIONS FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER, A SUBSIDIARY OF COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE FINANCIAL CORPORATION, DAVID LESCH, ESQ., CHURCHILL HOMES, LLC, BETTER HOMES DEPOT INC., BETTER HOMES DEPOT OF THE BRONX INC., VENETIAN HOMES INC., ERLAN HOLDING CORP., NEW YORK COMMUNITY BANK a primary division of NEW YORK COMMUNITY BANCORP INC., NEW YORK COMMUNITY BANKCORP INC., C & G LAND ABSTRACT, LLC, FIDELITY NATIONAL TITLE INS. CO. a/k/a FIDELITY NATIONAL TITLE GROUP a wholly-owned subsidiary of FIDELITY NATIONAL FINANCIAL, INC., FIDELITY NATIONAL FINANCIAL, INC., Jointly and Severally,<br><br>                            Defendants. | Case No.:   07 CIV 6561<br><br><br><br><br><br><br><br><br>**DECLARATION OF SERVICE** |

PHILIP S. ROSEN, ESQ., pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am counsel to the firm of Zeichner Ellman & Krause LLP, attorneys for the Countrywide Defendants in this action.

2. On Wednesday, December 5, 2007, I caused a copy of the within Answer and Cross-Claim to Amended Complaint on Behalf of the Countrywide Defendants to be served upon Ms. Debrah Keys, Plaintiff, Pro Se, 4164 Wickham Avenue, Bronx, New York 10466 and Thomas P. Malone, Esq., Attorney for the Fidelity Defendants, The Empire State Building, 350 Fifth Avenue, Suite 5016, New York, New York 10118, by first class mail with proper prepaid postage affixed and deposited in a depository under the exclusive control of the U.S. Postal Service.

_____
PHILIP S. ROSEN

DATED:   New York, New York
         December 5, 2007