APR 1 5 2008

CHAMBERS OF
RICHARD J. HOLWELL

April 14, 2008

Honorable Richard J. Holwell
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1312

**EMERGENCY**

**AFFIDAVIT**
**LETTER TO COURT**

This letter is Court Record, as signed and sworn.

I, Debrah Keys (Plaintiff), swear that upon this Affidavit, to the best of my knowledge and belief, and documents on file with the Court, that which is stated herein is truthful, so help me God.

Re:    Estate of Essie Mae Keys, Debrah Keys v. Union Planters Bank, N.A. now
       Regions Bank, et al
       Docket No. 07-CV-6561

Dear Judge Holwell:

I am the Plaintiff in the above referenced action. I received on April 10, 2008 the Court's Order dated April 1, 2008, and filed April 8, 2008.

The Court's Order refers to the "Fidelity defendants" as Fidelity National Title Insurance Co., Fidelity National Title Group, Fidelity National Financial, Churchill Homes, Better Homes Depot, New York Community Bank, New York Community Bancorp and C & G Land Abstract. As previously stated by Plaintiff, in her Affidavit Letter to the Court dated March 24, 2008, the Fidelity defendants are two defendants in this action. The other five defendants, which are Churchill Homes, LLC., Better Homes Depot Inc., New York Community Bank, New York Community Bancorp Inc., and C & G Land Abstract, LLC., are all independent companies/corporations with no affiliation whatsoever to the Fidelity defendants. All of these defendant(s) companies/corporations have been properly, individually and personally served with Plaintiff's Amended Complaint and the Affidavits of Service are on file with the Court.

The Motion To Dismiss and all pleadings that have been filed with the Court by attorney Thomas P. Malone, through misrepresentation to the Court, namely filings on behalf of these five above named independent defendant(s) companies/corporations through the Fidelity defendants as attorney for attorney for, must be fully addressed by the Court as this is a valid legal issue.

Plaintiff asserts that the "Fidelity defendants" which are Fidelity National Title Ins. Co. a/k/a Fidelity National Title Group a wholly-owned subsidiary of Fidelity National Financial, Inc., and, Fidelity National Financial, Inc. have no legal standing to file any pleadings in this action for the above five named <u>independent</u> defendant(s) companies/corporations.

Attorney Thomas P. Malone is an employee of Fidelity National Financial, Inc. For the Court's information attached is the first page of a letter to the Court from him. The Court will carefully note the top heading. THOMAS P. MALONE - ATTORNEY AT LAW* - *A Law Division of Fidelity National Financial, Inc. Plaintiff respectfully request that the Court issue an Order directing Thomas P. Malone **prove his authority** to act before this court and represent the five above named <u>independent</u> defendant(s) companies/corporations, in this action. Further, Disclosure Statements on file with the Court for the Fidelity defendants do not list any of the five above named defendant(s) companies/corporations as subsidiaries, parent company or otherwise. Moreover, Disclosure Statements on file with the Court for defendants Churchill Homes, LLC., Better Homes Depot Inc., New York Community Bank, New York Community Bancorp Inc., and C & G Land Abstract, LLC. do not list the Fidelity defendants as a parent company, subsidiary or otherwise. The continuous litigation trickery and deceptive tactics by the defendants is not well taken, and should not be permitted by this Honorable Federal District Court.

Plaintiff requests permission to Amend her Judgment On The Pleadings, as per the Court's previous order that no further motions shall be filed without the Court's permission. Further, Plaintiff request the Court strike all pleadings filed by the Fidelity defendants for other defendant(s) companies/corporations, in this action, on the grounds that the Fidelity defendants lack legal standing to have filed these pleadings on behalf of the five above named independent defendant(s) companies/corporations.

In light of the above raised legal issues, namely the Fidelity defendants pleadings filed with the court for other defendant(s) companies/corporations, without legal standing to do so, which is material to these judicial proceedings, and the additional time required to raise Plaintiff's legal arguments regarding the substance of the pending motions, as advised by the Court in its response to Plaintiff's letter of March 24, 2008, Plaintiff requests that the Order of the Court for Plaintiff to file supplemental opposition, opposition and reply motions by April 21, 2008, be extended for twenty (20) days from receipt of the Court's decision involving Plaintiff's legal issues/requests setforth in this pleading.

Pro-se parties are often unfamiliar with the formalities of pleading requirements. Recognizing this, the U.S. Supreme Court has instructed (see HUGHES V. ROWE, 449 U.S. 5, 9-10, 101 S. Ct. 173, 175-176, 66 L. Ed. 2d 163 (1980) (per curiam); HAINES V. KERNER, 404 U.S. 519, 520-521, 92 S. Ct. 594, 595-596, 30 L. Ed.@d 652(1972) (per curiam) ; see ELLIOT V. BRONSON, 872 F. 2d 20, 21 (2d Cir. 1989) ; also see, CONLEY V. GIBSON, 355 U.S. 41, 45-46, 78 S. Ct.  99,  102,  2L.Ed.2d 80 (1957)  all courts are to construe pro-se

pleadings liberally and to apply a more flexible standard in reviewing a pro-se pleading and claim. It could also be argued that to dismiss, or ignore, a pro-se pleading in which a serious factual pattern or allegation of a cause of action has been made would itself be violative of procedural due process as it would deprive a pro-se litigant of equal protection of the law visa-vis a party who is represented by counsel.

Dated: April 14, 2008
      Bronx, New York

Respectfully submitted,

Debrah Keys
4164 Wickham Avenue
Bronx, New York 10466
(212) 252 - 4473

Copies to:
Attorneys Of Record:
1) Thomas P. Malone
2) Philip S. Rosen

SWORN TO BEFORE ME ON THE

_14_ day of _April_ _2008_
NOTARY PUBLIC

EMILY C. LIU
Notary Public, State of New York
No. 01LI6112174
Qualified in New York County
Certificate Filed in New York County
Commission Expires October 30, 2009

Application Denied
So ORDERED
[signature]
USDJ
4/16/08