USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

April 23, 2008

Honorable Richard J. Holwell
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007-1312

**MEDICAL EMERGENCY**

**LETTER TO COURT**

Re: Estate of Essie Mae Keys, Debrah Keys v. Union Planters Bank, N.A. now Regions Bank, et al
Docket No. 07-CV-6561

Dear Judge Holwell:

I am the Plaintiff in the above referenced action. On April 19, 2008, I became ill, due to a pre-existing injury, caused directly by Defendant(s) Churchill Homes, LLC., and Better Homes Depot Inc., in 2005, which I have evidence of. Because of this injury, which arises suddenly, and in the past has lasted up to 10 days, I am only able to stand/walk for short periods of time. Due to this it was physically not possible for me to bring/mail my Motion Papers to the Court on April 21, 2008 as ordered.

On April 21, 2008 I called your Chambers, as this was an emergency because the Motion Papers were due. I spoke to Marie Casali, who relayed this message to the Court, and then informed me I could bring the Motion Papers later in the week. I told her I would bring the Motion Papers the following day April 22, 2008, because I thought I would be feeling well enough to do so. I was not, therefore, I called on April 23, 2008, once again spoke to Marie Casali, to inform the Court that I was still sick and could not, nor could anyone else bring/mail the Motion Papers because the Motion Papers require my signature on Affidavits, which require that I go to a notary and at this time it is physically not possible, due to my injury. I was told to write a letter to the court because an extension could not be done by phone.

Therefore, I am writing this letter requesting a ten (10) day extension in which to file the Motion Papers that were due April 21, 2008, due to illness.

I am sending this letter to pro se Dept. and your Chambers because it was not made clear to me where to send this letter.

Dated: April 23, 2008
Bronx, New York

*Application Granted*

*SO ORDERED*

Respectfully submitted,
Debrah Keys
4164 Wickham Avenue
Bronx, New York 10466
(212) 252 - 4473

/s/ RJH
USDJ
4/28/08

RECEIVED
APR 24 2008
CHAMBERS OF
R.J. HOLWELL